McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
 *jonathan.carlson@mccormickbarstow.com*
Frank A. Toddre, II
Nevada Bar No. 11474
 *frank.toddre@mccormickbarstow.com*
Henry H. Kim
Nevada Bar No. 14390
 *henry.kim@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant GEICO Advantage
Insurance Company d/b/a GEICO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRISTAN MICHAEL CONTORELLI,<br><br>    Plaintiff,<br><br>  v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY d/b/a GEICO; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, jointly and severally,<br><br>    Defendants. | Case No. 2:22-cv-01867-GMN-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF RAMAI CHRISTINE CONTORELLI ONLY** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice as it pertains to Plaintiff RAMAI CHRISTINE CONTORELLI only.

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:22-cv-01867-GMN-DJA
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF RAMAI CHRISTINE CONTORELLI ONLY

Re: <u>Contorelli v. GEICO</u>
Case No. 2:22-CV-01867-gmn-dja

Each party will bear their own costs and attorney's fees.

DATED this 15th day of November, 2022

RICHARD HARRIS LAW FIRM

By  /s/ David Menocal
David Menocal, Esq.
Nevada Bar No. 13191
801 S. Fourth Street
Las Vegas, NV 89101
702-444-4444
*Attorney for Plaintiff Ramai Christine Contorelli*

DATED this 15th day of November, 2022

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By  /s/ Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Frank A Toddre, II
Nevada Bar No. 11474
Henry H Kim
Nevada Bar No. 14390
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
*Attorneys for Defendant, GEICO Advantage Insurance Company d/b/a GEICO*

**<u>ORDER</u>**

**IT IS SO ORDERED.**

Dated this  16  day of November, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

8751732.1

2   Case No. 2:22-cv-01867-GMN-DJA
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF RAMAI CHRISTINE CONTORELLI ONLY