McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A. Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
Henry H. Kim
Nevada Bar No. 14390
  *henry.kim@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant GEICO Advantage
Insurance Company d/b/a GEICO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRISTAN MICHAEL CONTORELLI, | Case No. 2:22-cv-01867-GMN-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| GEICO ADVANTAGE INSURANCE COMPANY d/b/a GEICO; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, jointly and severally, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:22-cv-01867-GMN-DJA

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Re: <u>Contorelli v. GEICO</u>
Case No. 2:22-cv-01867-GMN-DJA

Each party will bear their own costs and attorney's fees.

DATED this 2nd day of February, 2023

RICHARD HARRIS LAW FIRM

By  /s/ David Menocal
David Menocal, Esq.
Nevada Bar No. 13191
801 S. Fourth Street
Las Vegas, NV 89101
702-444-4444
*Attorney for Plaintiff Tristan Michael Contorelli*

DATED this 2nd day of February, 2023

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By  /s/ Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Frank A Toddre, II
Nevada Bar No. 11474
Henry H Kim
Nevada Bar No. 14390
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
*Attorneys for Defendant, GEICO Advantage Insurance Company d/b/a GEICO*

## **ORDER**

**IT IS SO ORDERED.**

DATED this  2  day of  February , 2023.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February, 2023, a true and correct copy of **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP